**RECEIVED**
SEP 21 2012
CHAMBERS OF
DEBRA FREEMAN
U.S.M.J.

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/12

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

BARBARA D. UNDERWOOD
SOLICITOR GENERAL

FEDERAL HABEAS CORPUS SECTION

September 21, 2012

**BY FAX**
The Honorable Debra C. Freeman
Magistrate Judge, United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

**MEMO ENDORSED**

Re: *The People of the State of New York v. District Attorney of New York County*, 12-CV-3355(HB/DCF)

Dear Judge Freeman:

    I represent the Superintendent of the Bedford Hills Correctional Facility in this case. I am writing for an extension of time to respond to the above-referenced petition. My answer is currently due by September 25, 2012, but I have not yet received the plea and sentencing minutes in this case. In addition, I have several older cases that I must file before I can begin work on this case. I am therefore requesting an extension until November 26, 2012, to file the answer.

    I have spoken with counsel for petitioner, Barry S. Turner, who consents to this request. Thank you for your consideration.

Respectfully,

*Alyson J. Gill*
Alyson J. Gill
Assistant Attorney General
Alyson.Gill@ag.ny.gov
(212) 416-6037

cc: Barry S. Turner, Esq. (by Fax)

SO ORDERED: DATE: 9/25/12

_____
DEBRA FREEMAN
**UNITED STATES MAGISTRATE JUDGE**

120 BROADWAY, NEW YORK N.Y. 10271-0332 • PHONE (212) 416-6086 • FAX (212) 416-8010 *NOT FOR SERVICE OF PAPERS*
http://ag.ny.gov